IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

JUL - 8 2005

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR229 |
| Plaintiff, | ) | |
| -vs- | ) | ORDER |
| SHANLENNA F. BURGESS and STEPHANIE A. MONK, | ) | |
| Defendants. | ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Terri L. Crawford, as a Criminal Justice Act Training Panel Member, to assist in the defense of Defendant Stephanie A. Monk.

Accordingly, pursuant to the terms of Appendix I, Part I(C) of the Amended Criminal Justice Act Plan for the District of Nebraska, Terri L. Crawford is hereby assigned to assist the Federal Public Defender in the representation of Stephanie A. Monk, one of the defendants in the above-captioned case, and must file an entry of appearance forthwith. Terri L. Crawford shall not be eligible to receive compensation for services in this case.

Federal Public Defender Jeffrey L. Thomas shall continue to be primary counsel on behalf of Defendant Stephanie A. Monk.

Dated: 7/8/05

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE