PS 42
(Rev 07/93)

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 NOV 16 PM 1:40

OFFICE OF THE CLERK

RECEIVED
NOV 0 2005
U.S. PRETRIAL SERVICES
OMAHA, NEBRASKA

# United States District Court
District of Nebraska

**District of Nebraska**

| | |
|---|---|
| **United States of America** | ) |
| vs | ) |
| **Shanlenna F. Burgess** | ) Case No. 8:05CR229 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Shanlenna F. Burgess, have discussed with Troy D. Greve, Pretrial Services Officer, modification of my release as follows:

7(g) The defendant shall abide by the following restrictions on personal associations, place of abode, or travel: Not leave the Central District of California.

7(k) The defendant shall reside with Michael McClendon at 9246 Foster Road, Bellflower, California 90706, phone number (562)867-6577.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 11/4/05   _____ 11/4/05
Signature of Defendant    Date      Pretrial Services Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____ 11-2-05
Signature of Defense Counsel    Date

[X]   The above modification of conditions of release is ordered, to be effective on 11/4/05

[ ]   The above modification of conditions of release is not ordered.

_____ 11/16/05
Signature of Judicial Officer    Date